1

2

3                    UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5

6   UNITED STATES OF AMERICA,

7              Plaintiff,                    CR 05-00375

8         v.                                 STIPULATION AND ORDER TO
                                             ALLOW CONTACT BETWEEN CO-
9   ROSALIA MENDOZA,                         DEFENDANTS

10             Defendant.
    _____/

11

12        IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the

13   pretrial release conditions of defendants ROSALIA MENDOZA and

14   SERGIO ALVAREZ shall be modified to so that said defendants may

15   have contact with each other during the pendency of this case.

16

17    /s/ ANDREW SCOBEL                      /s/ GABRIEL CASWELL
      ANDREW SCOBLE                          GABRIEL CASWELL
18    Assistant U.S. Attorney               Attorney for Rosalia Mendoza
      Dated: September 1, 2005              Dated: September 7, 2005

19

20    /s/ TERENCE HALLINAN
      TERENCE HALLINAN
21    Attorney for Sergio Alvarez
      Dated: August 22, 2005

22

23        IT IS SO ORDERED.

24        Dated: 9/13/05

25                                          _____
                                            MAGISTRATE JUDGE
26                                          United States District Court

27

28