## PROPOSED ORDER/COVER SHEET

**TO:**     **Honorable Nandor J. Vadas**  
            **U.S. Magistrate Judge**

**RE:**   **Roselia Mendoza**

**FROM:**   **Claudette M. Silvera, Chief**  
              **U.S. Pretrial Services Officer**

**DOCKET NO.:**   **CR 05-00375 SI**

**DATE:**   **August 17, 2006**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

<u>     **Anthony Granados**     </u>     <u>    **408-535-5223**    </u>  
     **U.S. Pretrial Services Officer**         **TELEPHONE NUMBER**

**RE:**   **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**

☐   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

AUG 2 2 2006

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __4__ on __8 - 29 - 2006__ at __10 AM__

RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

☒   Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge __Vadas__ Presiding District Court Judge _____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)  
     A.  

     B.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____

**JUDICIAL OFFICER**                       **DATE** 8/22/06