1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  ANDREW M. SCOBLE (CSBN 124940)
   Assistant United States Attorney
5
6     450 Golden Gate Ave.
      San Francisco, California  94102
7     Telephone:  (415) 436-7249
      Fax:  (415) 436-7234
8     E-Mail:  andrew.scoble@usdoj.gov

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14

15  UNITED STATES OF AMERICA,        )      No.:  CR 05-0375 SI
                                     )
16        Plaintiff,                 )      [PROPOSED] ORDER MODIFYING
                                     )      CONDITIONS OF BAIL
17     v.                            )
                                     )
18  ROSELIA PUGA MENDOZA,            )
                                     )
19        Defendant.                 )
                                     )
20  _____)

21

22        The parties came before the Court on August 29, 2006 in San Jose, California, and agreed

23  that defendant Roselia Puga Mendoza's conditions of bail be modified as set forth below.  Based

24  upon the parties' stipulation, and for good cause appearing, THE COURT HEREBY ORDERS

25  THAT the defendant's conditions of bail be modified as follows:

26        1.      Custodian Justo Alvarez is removed from the bond forthwith, and has no further

27  obligations under the bond.  The defendant's father, Pedro Puga (who was present in Court at the

28  August 29, 2006 hearing, with the services of a sworn Spanish interpreter), remains as a surety

1  on the bond.

2      2.     The defendant may obtain housing on her own, without a custodian.  She shall not

3  live with co-defendant Sergio Alvarez.  She may, however, continue to have contacts with Sergio

4  Alvarez.  She is not to have contact, direct or indirect, with any other co-defendant except in the

5  presence of counsel.

6      3.     The defendant shall comply with a curfew as directed by her Pretrial Services

7  Officer.

8      4.     All other conditions of the bond remain in force.

9      SO ORDERED.

10

11  DATED:  8/30/06

12                                   _____
                                     HON. NANDOR VADAS
12                                   United States Magistrate Judge

ORDER MODIFYING
CONDITIONS OF BAIL                    2