KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW M. SCOBLE (CSBN 124940)
Assistant United States Attorney

    450 Golden Gate Ave.
    San Francisco, California  94102
    Telephone:  (415) 436-7249
    Fax:  (415) 436-7234
    E-Mail:  andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05-0375 SI |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER MODIFYING CONDITIONS OF BAIL |
| v. | ) ) | |
| ROSELIA PUGA MENDOZA, | ) ) | |
| Defendant. | ) ) | |

    The parties came before the Court on August 29, 2006 in San Jose, California, and agreed that defendant Roselia Puga Mendoza's conditions of bail be modified as set forth below.  Based upon the parties' stipulation, and for good cause appearing, THE COURT HEREBY ORDERS THAT the defendant's conditions of bail be modified as follows:

    1.    Custodian Justo Alvarez is removed from the bond forthwith, and has no further obligations under the bond.  The defendant's father, Pedro Puga (who was present in Court at the August 29, 2006 hearing, with the services of a sworn Spanish interpreter), remains as a surety

on the bond.

2. The defendant may obtain housing on her own, without a custodian. She shall not live with co-defendant Sergio Alvarez. She may, however, continue to have contacts with Sergio Alvarez. She is not to have contact, direct or indirect, with any other co-defendant except in the presence of counsel.

3. The defendant shall comply with a curfew as directed by her Pretrial Services Officer.

4. All other conditions of the bond remain in force.

SO ORDERED.

DATED: 8/30/06

HON. NANDOR VADAS
United States Magistrate Judge

ORDER MODIFYING
CONDITIONS OF BAIL                                2