ROBERT AMPARAN
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for ROSALIA MENDOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 05-00375 |
|---|---|
| Plaintiff, | SUBSTITUTION OF COUNSEL |
| v. | |
| ROSALIA MENDOZA, | |
| Defendant. | |

COMES NOW defendant ROSALIA MENDOZA, and hereby substitutes and appoints attorney ROBERT AMPARAN, in the place and stead of GABRIEL S. CASWELL, 506 Broadway, San Francisco, CA, 94133.

Dated: 5/16/07

_____
ROSALIA MENDOZA

We accept this substitution.

_____      _____
GABRIEL CASWELL                                ROBERT AMPARAN

IT IS SO ORDERED.

Dated: _____
JUDGE, U.S. DISTRICT COURT