JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California 94102
   Telephone: (415) 436-6401
   Fax: (415) 436-6982
   E-Mail: nicole.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-0375 SI |
| v. | STIPULATION CONTINUING SENTENCING HEARING; AND [PROPOSED] ORDER |
| ROSELIA MENDOZA, | |
| Defendant. | |

## STIPULATION

The parties, through undersigned counsel, STIPULATE that the sentencing hearing in the above-referenced matter, set for April 3, 2009 at 11:00 a.m., may – with the Court's concurrence – be continued to April 24, 2009 at 11:00 a.m. The reason for this continuance is that the defendant was unable to complete her interview with Probation and a second interview has been

//

//

STIPULATION; [PROPOSED] ORDER

1

scheduled for March 16, 2009.  In addition, Probation has recommended a continuance so that the defendant has an opportunity to get into counseling for certain mental health issues.

Dated: February 17, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Nicole M. Kim

NICOLE M. KIM
Assistant United States Attorney

Dated: February17, 2009

/s/ Robert Amparan

ROBERT AMPARAN
Attorney for Defendant

[PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The sentencing hearing in the above-referenced case is continued to Friday, April 24, 2009 at 11:00 a.m.

Dated: _____, 2009

HON. SUSAN ILLSTON
United States District Judge

STIPULATION; [PROPOSED] ORDER

2